# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CLINT CARMICHAEL,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV164 |
| | ) | |
| V. | ) | |
| | ) | |
| **REGIONS BANK, and DOES 1-10, (inclusive),** | ) | ORDER |
| | ) | |
| Defendants. | ) | |

On July 19, 2011, the court directed the parties to file a Rule 26(f) Meeting Report by or before August 19, 2011. (Filing 11.) Defendant submitted a Rule 26(f) Report (filing 12) on August 19, 2011. However, the report was stricken because it was not jointly submitted by the parties. The court subsequently ordered the parties to submit a joint Rule 26(f) report by or before September 15, 2011. (Filing 13.) As of today's date, the court has not received the requested report.

Accordingly,

**IT IS ORDERED** that the parties shall jointly file a Rule 26(f) report by or before October 21, 2011. Absent compliance with this order, this case may be dismissed without further notice.

**DATED October 14, 2011.**

                                          **BY THE COURT:**

                                          **S/ F.A. Gossett**
                                          **United States Magistrate Judge**